

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DONGGUAN CHUNG YUAN ELECTRIC CO. AND MASSEY CO. LTD., | § § § | No. 08-13-00080-CV |
| Appellants, | § | Appeal from the |
| v. | § | 327th District Court |
| | | of El Paso County, Texas |
| GILBERT SIFUENTES, Individually, MARGARITA LETICIA MEDRANO-SIFUENTES, Individually and on Behalf of GERARDO DANIEL SIFUENTS and GIBRAN EVERARDO SIFUENTES, Deceased Children, and on Behalf of GERMAN YAHIR SIFUENTES, minor child, | § § | (TC# 2010-4168) |
| Appellees. | | |

**J U D G M E N T**

The Court has considered this cause on Appellants' motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF JULY, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.